UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNA WOLF,

    Plaintiff,

v.

                              Case No. 23-cv-11455
                              Hon. Matthew F. Leitman

AMERILODGE GROUP LLC,

    Defendant.
_____/

**ORDER (1) GRANTING IN PART AND DENYING IN PART DEFENDANT AMERILODGE GROUP LLC'S MOTION TO COMPEL ARBITRATION (ECF No. 20) AND (2) STAYING ACTION PENDING COMPLETION OF ARBITRATION PROCEEDINGS**

On April 14, 2024, the Court held a hearing on Defendant Amerilodge Group LLC's ("Amerilodge") Motion to Compel Arbitration. (*See* Mot., ECF No. 20.) For the reasons stated on the record during that hearing, the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

- The motion is **GRANTED** to the extent it seeks entry of an order compelling arbitration of the claims in Plaintiff's First Amended Complaint.  The parties shall arbitrate those terms pursuant to their arbitration agreement.  However, all provisions of the arbitration agreement that require Plaintiff to (1) bear any portion of the fees and/or costs associated with arbitration and/or (2) pay any

1

portion of Defendant's attorney's fees and/or costs, are **SEVERED** from the arbitration agreement and shall not be enforced against Plaintiff.

- The motion is **GRANTED** to the extent that it seeks entry of an order staying this action. The action is **STAYED** pending the completion of arbitration proceedings.

- The motion is **DENIED** to the extent that it seeks entry of an order dismissing this action.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 15, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 15, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2