UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNA WOLF,

    Plaintiff,

v.

                                    Case No. 23-cv-11455
                                    Hon. Matthew F. Leitman

AMERILODGE GROUP LLC,

    Defendant.
_____/

**<u>SUPPLEMENTAL ORDER REQUIRING PLAINTIFF
TO RESPOND TO MOTION FOR RECONSIDERATION</u>**

In a previous order, the Court granted Defendant's motion to compel arbitration. In the same order, the Court struck from the parties' arbitration agreement certain provisions requiring the parties to split certain fees and costs associated with the arbitration. Defendant has now filed a motion for reconsideration of the portion of the order striking the fee/cost splitting provisions.

The Court concludes that it would benefit from a response to the motion by Plaintiff. Accordingly, Plaintiff shall respond to the motion for reconsideration by not later than **May 21, 2024**. In Plaintiff's response, Plaintiff shall identify for the Court the closest cases in which other federal courts have stricken fee/cost splitting provisions like those struck by the Court here. More specifically, <u>Plaintiff shall cite cases in which courts have stricken fee/cost splitting provisions that closely mirror</u>

1

the one in the arbitration agreement before the Court based upon a factual record most like the one before the Court here. Plaintiff may also make any arguments she deems appropriate in opposition to the motion.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 30, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 30, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2